No. 86–99.   HARDIE *v.* HARDIE.   C. A. 9th Cir.   Certiorari denied.

No. 86–101.   HARRIS ET AL. *v.* COURT OF APPEALS OF MISSOURI, WESTERN DISTRICT, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–110.   VRETTA *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–112.   MAURIELLO *v.* UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–115.   O'BRIEN *v.* SHC CORP. ET AL.   C. A. 4th Cir. Certiorari denied.

No. 86–116.   RICKARDS ET AL. *v.* CANINE EYE REGISTRATION FOUNDATION, INC.   C. A. 9th Cir.   Certiorari denied.

No. 86–118.   KHUBANI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 86–119.   SCHEINBLUM *v.* SULLIVAN.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 86–125.   ANDERSON *v.* UNITED STATES DEPARTMENT OF AGRICULTURE.   C. A. Fed. Cir.   Certiorari denied.

No. 86–126.   BORSCH *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 11th Cir.   Certiorari denied.

No. 86–128.   FLORENCE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 86–131.   THORNTON *v.* WAHL, SHERIFF, LASALLE COUNTY, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–132.   NEUMANN ET AL. *v.* REINFORCED EARTH CO. C. A. D. C. Cir.   Certiorari denied.